
RECEIVED
IN MONROE, LA
AUG 27 2008
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. 08-0082-01 |
| VERSUS | * | JUDGE JAMES |
| QUINTRELLA DAVIS GAHAGAN | * | MAGISTRATE JUDGE HAYES |

# J U D G M E N T

The Report and Recommendation of the Magistrate Judge, having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the District Court accepts the guilty plea of the defendant, Quintrella Davis Gahagan, and adjudges her guilty of the offenses charged in Counts One and Fifteen of the Indictment against her.

THUS DONE AND SIGNED this 27 day of August, 2008, in Monroe, Louisiana.

_____
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE